**Order filed June 29, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00604-CR
_____

## IN RE AUNDRI LEWIS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1024294**

---

## O R D E R

Relator filed a petition for writ of mandamus in this court on June 28, 2012. A related case was decided by the Court of Appeals for the First District of Texas.

It is ORDERED that the original proceeding docketed under this court's cause number 14-12-00604-CR is transferred to the Court of Appeals for the First District of Texas pursuant to the Local Rules for the Fourteenth District Court of Appeals, Houston Relating to Assignment of Related Cases to and Transfers of Related Cases Between the

1

First and Fourteenth Courts of Appeals. *See* Misc. Docket No. 06-9158 (Tex. Dec. 7, 2006). The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM